Terri Keyser-Cooper, Esq.
keysercooper@lawyer.com
LAW OFFICES OF TERRI KEYSER-COOPER
3590 Barrymore Drive
Reno, Nevada 89512
T: (775) 337-0323
F: (775) 337-0471

Luke Andrew Busby, Esq.
luke@lukeandrewbusbyltd.com
LUKE ANDREW BUSBY, LTD.
216 East Liberty Street
Reno, Nevada 89501
T: (775) 453-0112
F: (775) 403-2192

Attorneys for Plaintiff
BENJAMIN BEKKER

Ingrid A. Myers, Esq., Bar No. 6755
ingrid.myers@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1601 City View Court
Las Vegas, NV 89117
Tel: +1.702.252.7173

Barbara A. Fitzgerald, *Pro Hac Vice Pending*
barbara.fitzgerald@morganlewis.com
Kathryn T. McGuigan, *Pro Hac Vice*
kathryn.mcguigan@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
CHARTER COMMUNICATIONS, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN BEKKER,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS LLC,<br><br>Defendant. | Case No. 3:17-CV-00202-HDM-VPC<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH L.R. 26-1(b)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31474466.1

STIPULATED DISCOVERY
PLAN AND SCHEDULING ORDER
3:17-CV-00202-HDM-VPC

In accordance with the Local Rule 26-1 and Federal Rule of Civil Procedure 26(f), Plaintiff Benjamin Bekker ("Plaintiff") and Defendant Charter Communications LLC ("Charter") (Plaintiff and Charter, collectively, the "Parties") respectfully submit to the Court the following Stipulated Discovery Plan and Scheduling Order.

I. **DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(F) AND LOCAL RULE 26-1(B)**

   A. **Rule 26(f)(3)(A): What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under subdivision (a)(1) were made or will be made.**

The Parties agree to make the requisite initial disclosures under Federal Rule of Civil Procedure Rule 26(a) at or within fourteen (14) days following the Rule 26(f) conference. The Rule 26(f) occurred on May 26, 2016, and The Parties intend to make their initial disclosures no later than June 9, 2016.

   B. **Rule 26(f)(3)(B): The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.**

**Charter** will serve document requests, interrogatories, and requests for admissions on Plaintiff, take Plaintiff's deposition, the depositions of any experts designated by Plaintiff, and the depositions of Plaintiff's treating physicians. Charter reserves the right to conduct any additional discovery necessary to defend itself in this action. The subjects on which discovery may be needed include: the facts and circumstances around Charter's termination of Plaintiff's employment, Plaintiff's alleged complaints that he sought a leave of absence under the Family and Medical Leave Act and it was denied, the facts and circumstances surrounding the alleged retaliatory termination against Plaintiff, Plaintiff's alleged damages, and Plaintiff's efforts at mitigation of any alleged damages.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31474466.1

1

STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
3:17-CV-00202-HDM-VPC

**Bekker** will serve document requests, interrogatories, and requests for admissions on the Defendants, take depositions of Charter's employees and management involved in this matter, and take the depositions of any experts designated by Defendants. Bekker reserves the right to conduct any additional discovery necessary to prosecute this action. The subjects on which discovery may be needed include but are not limited to: the facts and circumstances surrounding Charter's unlawful delay and/or denial of Bekker's Family Medical Leave Act leave request, termination of Plaintiff's employment, and investigation into any defenses raised by Charter, as well as any other discovery relevant to any additional claims and/or defenses added in this matter via amendment of the pleadings.

### C.  Local Rule 26-1(b)(1): Discovery Cut-Off Date

Charter first appeared in the case on May 8, 2017, which is when it filed its Answer with the Court. Under Local Rule 26-1(b)(1), the discovery cut-off date would be November 6, 2017, which is one hundred eighty (180) days after Charter first appeared.[1]

### D.  Local Rule 26-1(b)(2): Amending the Pleadings and Adding Parties

Pursuant to Local Rule 26-1(b)(2), the last date for filing a motion to amend the pleadings is August 8, 2017, or ninety (90) days before the discovery cut-off date.[2]

### E.  Local Rule 26-1(b)(3): Disclosures (Experts)

Pursuant to Local Rule 26-1(b)(3), disclosures concerning experts are to be made by September 7, 2017, or sixty (60) days before the discovery cut-off date and disclosures respecting rebuttal experts be made by October 9, 2017, or thirty (30) days after the initial disclosures of experts.

---

[1] One hundred eighty days after Monday, May 8, 2017 is Saturday, November 4, 2017. Pursuant to Fed. R. Civ. P. 6(a), the deadline is continued to Monday, November 6, 2017.

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 31474466.1

2

STIPULATED DISCOVERY
PLAN AND SCHEDULING ORDER
3:17-CV-00202-HDM-VPC

**F.     Local Rule 26-1(b)(4):  Dispositive Motions**

Pursuant to Local Rule 26-1(b)(3), the Parties must file any dispositive motions by December 6, 2017, or thirty (30) days after the discovery cut-off date.

**G.     Local Rule 26-1(b)(5):  Pretrial Order**

Pursuant to Local Rule 26-1(b)(5), the Parties must file their joint pretrial order by January 5, 2018, or thirty (30) days after the date set for filing dispositive motions. However, if any dispositive motions are filed, the date for filing the joint pretrial shall be suspended until thirty (30) days after the decision on the dispositive motions.

**H.     Local Rule 26-1(b)(7): Alternative Dispute Resolution**

The Parties have meet and conferred regarding the use of alternative dispute resolution processes and will participate in early neutral evaluation on July 25, 2017. If the matter does not resolve at that time, the Parties will meet and confer regarding additional dispute resolution as this matter progresses.

**I.     Local Rule 26-1(b)(8): Alternative Terms of Case Disposition**

The Parties have considered consent to that by a Magistrate Judge under 28 U.S.C. §636 and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) and have agreed to proceed with the assigned judge in this matter.

**J.     Rule 26(f)(3)(C):  Any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

The Parties do not anticipate any issues relating to disclosure or discovery of electronically stored information. They agree timely to meet and confer and address any such issues in the event they arise.

**K.     Rule 26(f)(3)(D):  Any issues relating to claims of privilege or of protection as to trial-preparation material, including – if the parties agree on a procedure to assert such claims after production – whether to ask the court to include their agreement in an order.**

The Parties will execute a protective order, if necessary, to protect confidential documents produced and/or subpoenaed from third parties. The Parties

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31474466.1

3

STIPULATED DISCOVERY
PLAN AND SCHEDULING ORDER
3:17-CV-00202-HDM-VPC

do not anticipate any issues relating to claims of privilege or of protection as to trial-preparation material. They agree timely to meet and confer and address any such issues in the event they arise.

L. **Rule 26(f)(3)(E): What changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local Rules, and what other limitations should be imposed.**

The Parties agree that the number of depositions, interrogatories, and requests for admission will be governed by the Federal Rules of Civil Procedure, as well as the length of depositions unless the Parties stipulate otherwise or are otherwise ordered by the Court based on a showing of good cause.

M. **Rule 26(f)(3)(F): Any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).**

Except as otherwise specified herein, the Parties do not request any other orders that should be entered by the Court under Rule 26(c), Rule 16(b), or Rule 16(c).

N. **Local Rule 26-1(b)(9): Electronic Evidence**

The Parties have met and conferred regarding the presentation of evidence in an electronic format to jurors for the purposes of jury deliberations. The Parties have agreed to timely meet and confer in the event that either party intends to use electronic evidence. In the event that any party does, the parties will advise the court and consult the court administrator.

**CERTIFICATION**

Pursuant to LR 26-1(b)(7), the Parties certify that they met and conferred about the possibility of using alternative dispute resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. Early neutral evaluation is set for July 25, 2017.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB2/ 31474466.1
4
STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
3:17-CV-00202-HDM-VPC

1  Pursuant to LR 26-3, the Parties have considered consent to trial by a magistrate judge, use of the Short Trial Program, and the use of alternative dispute resolution processes.

Dated: May 26, 2017          LAW OFFICES OF TERRI KEYSER-COOPER

                             By /s/ Terri Keyser-Cooper
                             Terri Keyser-Cooper
                             Attorneys for Plaintiff
                             BENJAMIN BEKKER

Dated: May 26, 2017          LUKE ANDREW BUSBY, LTD.

                             By /s/ Luke Andrew Busby
                             Luke Andrew Busby
                             Attorneys for Plaintiff
                             BENJAMIN BEKKER

Dated: May 26, 2017          MORGAN, LEWIS & BOCKIUS LLP

                             By /s/ *Kathryn T. McGuigan*
                             Ingrid A. Meyers
                             Barbara A. Fitzgerald, Pro Hac Vice Pending
                             Kathryn T. McGuigan, Pro Hac Vice
                             Attorneys for Defendant
                             CHARTER COMMUNICATIONS, LLC

**ORDER**
IT IS SO ORDERED

/s/ Valerie P. Cooke
Hon. Valerie P. Cooke
U.S. Magistrate Judge

DATED: June 5, 2017

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB2/ 31474466.1
5
STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
3:17-CV-00202-HDM-VPC